UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KEVIN GRAY, | ) | |
| Petitioner, | ) | 3: 10-cv-00639-ECR-RAM |
| vs. | ) | |
| WARDEN PALMER, | ) | **ORDER** |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On December 8, 2010, respondents filed a motion for an extension of time to file their response to the petition. (Docket #6.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including January 31, 2011, to file their response to the petition.

DATED this 13th day of December, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE