# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KEVIN GRAY, | ) | |
| Petitioner, | ) | 3: 10-cv-00639-ECR-RAM |
| vs. | ) | |
| | ) | **ORDER** |
| WARDEN PALMER, | ) | |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On March 14, 2011, petitioner filed a second motion for an extension of time to file his response to the motion to dismiss. (ECF No. 18.) Good cause appearing, petitioner's motion is **GRANTED.** Petitioner is granted to and including April 12, 2011, to file his response to the motion to dismiss. No further extensions of the deadline shall be granted absent a showing of extraordinary circumstances.

DATED this 15th day of March 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE